IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-0419 AWI |
| ) | |
| Plaintiff, ) | ORDER ON GOVERNMENT'S |
| ) | MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48 (a)) |
| v. ) | |
| ) | |
| JOSE CONTRERAS SOTO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

O R D E R

IT IS HEREBY ORDERED that the charges against Jesus Contreras Soto found within the indictment in this case, be dismissed without prejudice and that any outstanding warrant be recalled.

IT IS SO ORDERED.

**Dated:   January 29, 2007**            /s/ Anthony W. Ishii
0m8i78                                                   UNITED STATES DISTRICT JUDGE

1